

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                                 DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>JEANCARLO MARTINEZ,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA11-163M (Dft #4)<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant's counsel</u>, IT IS ORDERED that a detention hearing is set for <u>April 7</u>, <u>2011</u>, at <u>2:00</u>  ☐ a.m. / ☒ p.m. before the Honorable <u>Marc L. Goldman, United States Magistrate Judge</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: APR - 5 2011

MARC L. GOLDMAN
U.S. ~~District Judge~~/Magistrate Judge